LEANDER J. DE BEKKER, Respondent, *v.* FREDERICK A. STOKES COMPANY et al., Appellants.

*De Bekker* v. *Stokes Co.*, 172 App. Div. 960, affirmed.
(Argued October 6, 1916; decided October 24, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial

department, entered March 22, 1916, which modified and affirmed as modified an interlocutory judgment of Special Term awarding plaintiff equitable relief by rescission, accounting and injunction. Plaintiff, the author of an encyclopedia, entered into a contract with the defendant for its publication, by the terms of which he was to be paid certain royalties. This action was for an accounting.

The following questions were certified:

"1. Was the contract made between the defendants, Frederick A. Stokes Company and The University Society, Incorporated, on October 5, 1910, made in violation of the plaintiff's rights under or reserved to the plaintiff by his contract with the defendant Stokes Company, dated the 19th day of July, 1907?

"2. Did the defendant Frederick A. Stokes Company, by the payment of $150 to the plaintiff under clause E of contract, acquire such complete rights in said work under the contract of July 19, 1907, as entitled the defendant Frederick A. Stokes Company to contract with the defendant University Society, Incorporated, for the latter defendant to sell the work of the plaintiff in the name of The University Society, Incorporated, as two volumes of a ten-volume set known as the Standard Music Encyclopedia bearing the imprint of The University Society, Incorporated, without the imprint of the Frederick A. Stokes Company, and without the name of the plaintiff appearing thereon in any way?

"3. Was the making of the agreement between the defendants, Frederick A. Stokes Company and The University Society, Incorporated, followed by sales by the University Society, Incorporated, of the work of the plaintiff as two volumes of a set of ten volumes known as the 'Standard Music Encyclopedia,' such a violation of the rights of the plaintiff under or reserved by his contract with the defendant Frederick A. Stokes Company, dated the 19th day of July, 1907, as to warrant a judgment directing a rescission of such contract as of

the 5th day of October, 1910, the date of the contract between The University Society, Incorporated, and the Frederick A. Stokes Company?

"4. Did the plaintiff, under his agreement with the defendant Frederick A. Stokes Company, dated the 19th day of July, 1907, retain any residuary interest in the work therein described other than the privileges contained in article fifth, subdivisions A and B, and a right to pecuniary compensation from said defendant after such work had been copyrighted in the name of the defendant Frederick A. Stokes Company, and the work had been published by sales of copies thereof?"

*Frederick Trevor Hill* and *Richard Steel* for appellants.

*Harold G. Aron* for respondent.

Order affirmed, with costs; first, third and fourth questions certified answered in the affirmative; second question in the negative; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.